# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | RACHAEL ANNE BAXTER |
| Case Number: | 18-23183-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, FEBRUARY 28, 2019 10:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
3/4/19 11:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#37 Amended Plan Dated 11/26/2018 (NFC)
R / M #: 37 / 0

*Appearances:*

Debtor: Cowden
Trustee: Winnecour / (Pail) / Katz / DeSimone

Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 6/27/19 at 9:30.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

2/21/2019   4:26:43PM