IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Bankruptcy No. 18-23183 CMB |
| Rachael Anne Baxter | |
| fka Rachel Anne McCune | |
| Debtor (s) | |
| | Chapter 13 |
| Rachael Anne Baxter | |
| fka Rachel Anne McCune | Related to Proof of Claim 15 |
| Movant(s) | |
| v. | Related to Document No. 52 -53 |
| PNC Bank, National Association | |
| | Hearing: 6/5/19 at 10:00 AM |
| Respondent(s) | |

## CERTIFICATE OF SERVICE OF OBJECTION TO CLAIM ALONG WITH NOTICE OF HEARING WITH RESPONSE DEADLINE - AMENDED

I, Scott R. Lowden, Esq., certify under penalty of perjury that I served the above captioned pleading Debtor's Objection along with Hearing Notice on the parties at the addresses on the attached matrix, on  April 16, 2019  by US Postal Service First Class Mail or Electronic Means.

EXECUTED ON:    April 16, 2019

By:    /s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA ID 72116
Rice & Assoc. Law Firm
15 W. Beau Street
Washington, PA 15301
lowdenscott@gmail.com
(412) 374-7161

Served by NEF:

Ronda J. Winnecour, Trustee
3250 USX Tower, 600 Grant Street
Pittsburgh, PA  15219
cmecf@chapter13trusteewdpa.com

US Trustee
1001 Liberty Avenue,Ste. 970
Pittsburgh, PA 15222
ustpregion03.piecf@usdoj.gov

PNC Bank National Association
James Warmbrodt, Esq.
bkgroup@kmllawgroup.com

Served via US Postal Service First-class Mail:

PNC Bank, National Association
William S. Demchak, CEO
300 Fifth Avenue
The Tower at PNC Plaza
Pittsburgh, PA 15222

PNC Bank, National Association
Anthony Mullins, POC Specialist
PO Box 94982
Cleveland, OH 44101

Rachael Anne Baxter
101 Telegraph Road
Brownsville, PA 15417

Served vis US Postal Service Certified Mail:

PNC Bank, National Association
William S. Demchak, CEO
300 Fifth Avenue
The Tower at PNC Plaza
Pittsburgh, PA 15222

*If applicable, Per Rule 7004(h) Service on an insured depository instutuion "shall be mailed by certified mail addressed to an officer of the instutuion unless: (1) the instutuion has appeared by its attorney, in which case the attorney shall be served by first class mail".  The above-mentioned insured depository was served upon the attorney appearing for the creditor by first-class mail.