IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 18-23183 CMB |
| Rachael Anne Baxter | ) | |
| fka Rachel Anne McCune | ) | |
|       Debtor (s) | ) | |
| Rachael Anne Baxter | ) | Chapter 13 |
| fka Rachel Anne McCune | ) | |
|       Movant(s) | ) | |
|       v. | ) | Docket No. |
| | ) | |
| PNC Bank, N.A., Fayette County Tax Claim | ) | Related to Doc No. 49 |
| Bureau, Mark McCune and Ronda J. | ) | |
| Winnecour, Trustee | ) | Hearing: 5/8/2019 at 10:00 AM |
| | ) | |
|       Respondent(s) | ) | |

# CERTIFICATION OF NO OBJECTION REGARDING MOTION TO SELL PROPERTY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on  April 4, 2019  has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than  April 21, 2019 .

Dated: April 22, 2019

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
Rice & Associates Law Firm
15 W. Beau Street
Washington, PA 15301
(412) 374-7161
lowdenscott@comcast.net
PA. ID 72116