April 25 2019

**WESTERN DISTRICT OF PENNSYLVANIA**
**5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219**
Baxter Rachael A Chapter **7** Bankruptcy Case #18-23183
Acct. # 8017 Claim #15

To Whom It May Concern:

Please withdraw claim #15, in the amount of $1,159.41 in the name of Baxter Rachael A filed 03/21/19.

/s/ Anthony Mullins
PNC BANK  (BR-YB58-01-3)
6750 Miller Road
Brecksville OH 44141
866-622-2657

**anthony.Mullins@pnc.com**