PROCEEDING MEMO

Date: 05/08/2019 10:00 am

In re: Rachael Anne Baxter

Bankruptcy No. 18-23183-CMB
Chapter: 13
Doc. # 49

Appearances: Winnecour / Pail / Katz/ DeSimone

Movant(s): Scott R. Lowden

Respondents:

Creditor(s):

Nature of Proceeding: #49 Motion For Approval of Sale Free and Clear of All Liens, Claims, and Encumbrances

Additional Pleadings: Certificate of Service; #55 CNO

Judge's Notes:

Outcome:

Lowden: Sale not advertised, but 100% plan. There being no objections or higher or better offers. Court finds that the buyer is a good faith purchaser. The sale is therefore CONFIRMED

Revised Proposed Order to be submitted by tomorrow.

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED    Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED    Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                              Respondent(s) brief due _____ days
                              Trustee's brief due _____ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
5/8/19 1:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA