IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No.  18-23183 CMB |
| Rachael Anne Baxter | ) | |
| fka Rachel Anne McCune | ) | |
| Debtor (s) | ) | |
| Rachael Anne Baxter | ) | Chapter  13 |
| fka Rachel Anne McCune | ) | |
| Movant(s) | ) | |
| v. | ) | Related to Docket No. 62 |
| | ) | |
| PNC Bank, N.A., Fayette County Tax Claim | ) | |
| Bureau, Mark McCune and Ronda J. | ) | Hearing: 5/8/2019 at 10:00 AM |
| Winnecour, Trustee | ) | |
| | ) | |
| Respondent(s) | ) | |

**CERTIFICATE OF SERVICE OF ORDER APPROVING SALE FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. SECTION 363(b) - AMENDED**

I, Scott R. Lowden, Esq., certify under penalty of perjury that I served the above captioned Order on the parties at the addresses on the attached matrix, on  May 10, 2019 by US Postal Service First Class Mail or electronic means.

EXECUTED ON:  May 10, 2019

By:  /s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA I.D. 72116
Rice & Associates Law Firm
15 W. Beau St.
Washington, PA 15301
lowdenscott@comcast.net
(412) 374-7161

Served Via ECF:

Ronda J. Winnecour, Trustee
3250 USX Tower, 600 Grant Street
Pittsburgh, PA 15219

US Trustee
1001 Liberty Avenue, Ste. 970
Pittsburgh, PA 15222

PNC Bank National Association
James Warmbrodt, Esq.
bkgroup@kmllawgroup.com

Served Via US Postal Service First-class Mail:

PNC Mortgage
3232 Newmark Drive
Miamisburg, OH 45342

Fayette County Tax Claim Bureau
61 E. Main Street
Uniontown, PA 15401
Sarah Minnick, Director

Mark McCune
709 Ridge Street
California, PA 15419

Mark McCune
c/o Michelle Kelley, Esq.
92 E. Main Street #54
Uniontown, PA 15401

Jeffrey W. Nutter
402 Dushane Avenue
Connellsville, PA 15425

PNC Bank
William S. Demchak, CEO
300 Fifth Avenue
The Tower at PNC Plaza
Pittsburgh, PA 15222

Walter McFann
Northwood Realty
236b California Avenue
Brownsville, PA 15417

James Warmbrodt, Esq.
KML Law Group, PC
BNY Mellon Independence Center
701 Market Street, Suite 500
Philadlphia, PA 19106