IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 18-23183 CMB |
| Rachael Anne Baxter ) | |
| fka Rachel Anne McCune ) | |
| Debtor (s) ) | Chapter 13 |
| Rachael Anne Baxter ) | |
| fka Rachel Anne McCune ) | |
| Movant(s) ) | |
| v. ) | Related to Doc No. 52, 59 |
| PNC Bank, National Association ) | |
| ) | Hearing: 6/5/2019 at 10:00 AM |
| Respondent(s) ) | |

### ORDER OF COURT

AND NOW, this __9th__ day of ____May____, 2019, **IT APPEARING TO THE COURT** that the Movants have filed a Motion to Withdraw Objection to Claim at Doc. #52 in the above-captioned bankruptcy case;

**IT IS HEREBY ORDERED** that **Doc. #52 – Objection to Claim** filed by the Debtors on April 16, 2019, **IS DENIED AS WITHDRAWN.**

The hearing scheduled for June 5, 2019 at 10:00 A.M. is hereby canceled.

FILED
5/9/19 9:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-23183-CMB
Rachael Anne Baxter                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2       User: dric            Page 1 of 1         Date Rcvd: May 09, 2019
                           Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2019.
db              +Rachael Anne Baxter,    101 Telegraph Road,    Brownsville, PA 15417-9581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2019 at the address(es) listed below:
     David A. Rice    on behalf of Debtor Rachael Anne Baxter ricelaw1@verizon.net, lowdenscott@gmail.com
     James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATIONPNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     Scott R. Lowden    on behalf of Debtor Rachael Anne Baxter niclowlgl@comcast.net
                                                                                            TOTAL: 5