# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-23183 CMB |
| | : | |
| Rachael Anne Baxter | : | Chapter 13 |
| f/k/a Rachel Anne McCune | : | |
| Debtor(s) | : | Related to Doc No. 71 |
| ============================== | : | |
| Scott R. Lowden, Esq., | : | |
| Applicant, | : | Hrg: 7/24/19 at 10:00 AM |
| v. | : | |
| No Respondent | : | |
| Respondent | : | |

## CERTIFICATION OF NO RESPONSE REGARDING APPLICATION FOR PROFESSIONAL FEES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on  June 25, 2019  has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, responses to the Application were to be filed and served no later than  July 11, 2019 .

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated:  July 12, 2019

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
Rice & Associates Law Firm
15 W. Beau St.
Washington, PA 15301
(412) 374-7161
lowdenscott@gmail.com
PA. ID 72116