# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>RACHAEL ANNE BAXTER | Case No. 18-23183CMB |
| Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>RACHAEL ANNE BAXTER | Chapter 13<br><br>Document No. 78 |
| Respondents | |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __16th__ day of __July__, 20__19__, it is hereby ORDERED, ADJUDGED, and DECREED that,

All American Containers
Attn: Payroll Manager
216 Finley Rd
Belle Vernon, PA 15012

is hereby ordered to immediately terminate the attachment of the wages of RACHAEL ANNE BAXTER, social security number XXX-XX-8070. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RACHAEL ANNE BAXTER.

BY THE COURT:

*Carlota M. Böhm* /dmr

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
7/16/19 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
United States Bankruptcy Court
Western District of Pennsylvania
```

In re:                                                                   Case No. 18-23183-CMB
Rachael Anne Baxter                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1              Date Rcvd: Jul 16, 2019
                              Form ID: pdf900         Total Noticed: 1

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2019.
db             +Rachael Anne Baxter,    75 Allen Drive,    Donora, PA 15033-1402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2019 at the address(es) listed below:
              David A. Rice    on behalf of Debtor Rachael Anne Baxter ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James    Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATIONPNC BANK NATIONAL
               ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Rachael Anne Baxter niclowlgl@comcast.net
                                                                                             TOTAL: 5
```