IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Rachael Anne Baxter ) | Bankruptcy No. 18-23183 CMB |
| f/k/a Rachel Anne McCune ) | |
| Debtor (s) ) | |
| ) | Chapter 13 |
| Scott R. Lowden, Esquire ) | |
| Applicant(s) ) | |
| v. ) | Doc. No. 71 |
| No Respondent ) | |
| Respondent(s) ) | **ENTERED BY DEFAULT** |

### ORDER OF COURT

AND NOW, this __18th__ day of _____July_____, 2019, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $8,650.25, of which $8,552.50 are attorney fees and $97.75 are costs, and that the total previously allowed Attorney's Fees and Costs were $4,000.00. This award covers the period from 8/6/2018 to 6/25/2019.

Therefore, the Application in its face amount of $4,650.25 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $4,650.25 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $100.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between August 6, 2018 and June 25, 2019 in the amount of **$4,552.50** and expenses in the amount of **$97.75**. The total award of compensation for services to date, is **$8,552.50** and expenses in the amount of **$97.75** for a grand total in the amount of **$8,650.25.**

FILED
7/18/19 9:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-23183-CMB
Rachael Anne Baxter                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 1    Date Rcvd: Jul 18, 2019
              Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2019.
db             +Rachael Anne Baxter,    75 Allen Drive,    Donora, PA 15033-1402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2019 at the address(es) listed below:
      David A. Rice    on behalf of Debtor Rachael Anne Baxter ricelaw1@verizon.net,
       lowdenscott@gmail.com
      James Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATIONPNC BANK NATIONAL
       ASSOCIATION bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Scott R. Lowden    on behalf of Debtor Rachael Anne Baxter niclowlgl@comcast.net
                                                                       TOTAL: 5