IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Rachel Baxter,

Bankruptcy Case No. 18-23183-CMB  
Chapter 13

Debtor,

Rachel Baxter,

Movant,

v

No Respondent.

**NOTICE OF CHANGE OF DEBTOR'S ADDRESS**

Debtors' former mailing address:

Rachel Baxter  
75 Allen Drive  
Donora, PA  15033

Debtors' current and future address:

Rachel Baxter  
P.O. Box 83  
LaBelle, PA  15450

Dated: 07/23/2019

/s/: David A. Rice, Esq.  
Attorney for Debtor(s)  
15 West Beau Street  
Washington, PA  15301  
ricelaw1@verizon.net  
724-225-7270  
PA ID 50329