**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/24/2019

IN RE:

RACHAEL ANNE BAXTER
PO BOX 83
LABELLE, PA 15450
XXX-XX-8070          Debtor(s)

Case No. 18-23183 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/24/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: LOWES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 5059 |
| **FAYETTE COUNTY TAX CLAIM BUR**<br>COURT HOUSE<br>61 E MAIN ST<br><br>UNIONTOWN, PA  15401 | Trustee Claim Number:2   INT %: 9.00%<br>Court Claim Number:6<br><br>CLAIM: 458.90<br>COMMENT: 19-09-0009*CL6GOV*2,375@9%/PL*STAT! ISSUE:UNS/CL*CL=$2327.94 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0009 |
| **PNC MORTGAGE**<br>ATTN BKRPTCY PMT PROCESSING<br>3232 NEWMARK DR<br><br>MIAMISBURG, OH  45342 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:NC<br><br>CLAIM: 4,068.47<br>COMMENT: PMT/DECL*DKT4PMT-LMT*ARRS/PL=$0*1ST/SCH*380/PL | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8017 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:4-2<br><br>CLAIM: 2,541.52<br>COMMENT: $PL-CL@4%/PL~STAT! ISSUE*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8070 |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 3,731.39<br>COMMENT: $PL-CL@0%/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8070 |
| **ALLY BANK\*\***<br>C/O ALLY SERVICING LLC<br>PO BOX 78369<br><br>PHOENIX, AZ  85062-8369 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 3,883.44<br>COMMENT: ALLY FINANCIAL/SCH*REPO/SCH*DEFICIENCY BAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4092 |
| **BETH BAXTER**<br>418 5TH ST<br><br>CALIFORNIA, CA  15419 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:NCF<br><br>CLAIM: 4,400.00<br>COMMENT: $@0%/PL | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 0001 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 574.64<br>COMMENT: NO ACCT/SCH*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7758 |
| **CAVALRY SPV I LLC - ASSIGNEE(\*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br><br>TEMPE, AZ  85282 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 5,768.52<br>COMMENT: CAPITAL ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2922 |
| **CAVALRY PORTFOLIO SERVICES LLC(\*)**<br>PO BOX 27288<br><br>TEMPE, AZ  85282 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: SYNC BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7069 |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **CHASE(*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br><br>WILMINGTON, DE 19850 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1775 |
| **CHASE(*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br><br>WILMINGTON, DE 19850 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0727 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 13,875.59<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3332 |
| **LOWES**<br>POB 2510<br><br>TUSCALOOSA, AL 35403 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MED EXPRESS**<br>POB 7964<br><br>BELFAST, ME 04915 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MONONGAHELA VALLEY HOSPITAL**<br>1163 COUNTRY CLUB ROAD<br><br>MONONGAHELA, PA 15063 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 1,280.05<br>COMMENT: DELL FINANCIAL SVCS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1694 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 508.42<br>COMMENT: OLD NAVY/SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8284 |
| **PRAKORB MEDICAL ASSOC**<br>129 SIMPSON RD STE 108<br><br>BROWNSVILLE, PA 15417 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SPARTAN HEALTH SURGICENTER**<br>100 STOOPS DR GROUND FL<br><br>MONONGAHELA, PA 15063-3553 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 3,444.70<br>COMMENT: TARGET/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9557 |
| **WEST PENN POWER\***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV  26554 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 2,951.53<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3720 |
| **ZEBLEY MEHALOV & WHITE PC**<br>POB 2123\*<br>UNIONTOWN, PA  15401 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 750.00<br>COMMENT: INSUFF POD\*LEGAL FEES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WELTMAN WEINBERG & REIS CO LPA**<br>2500 KOPPERS BUILDING<br>436 SEVENTH AVE<br>PITTSBURGH, PA  15219-1842 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ND ADR~MARK MCCUNE/SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 958.24<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8070 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:4-2<br>CLAIM: 2,275.22<br>COMMENT: NO GEN UNS/SCH\*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8070 |
| **FAYETTE COUNTY TAX CLAIM BUR**<br>COURT HOUSE<br>61 E MAIN ST<br>UNIONTOWN, PA  15401 | Trustee Claim Number:28  INT %: 9.00%<br>Court Claim Number:5<br>CLAIM: 25.85<br>COMMENT: 19-09-0010-01\*NT PROV/PL\*STAT! ISSUE:PD@CLOSING/PL\*CL=$131.68\*DK | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1001 |
| **SYNCHRONY BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 3,968.11<br>COMMENT: NT/SCH\*COMENITY CAPITAL BANK/SYNCHRONY BANK/PAYPAL CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7765 |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC BANK NATL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:31  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 94982 | Court Claim Number:15 | ACCOUNT NO.: 5435 |
| | CLAIM: 0.00 | |
| CLEVELAND, OH  44101 | COMMENT: CL15:$1159.41~W/DRWN@DOC 57 | |
| **RONDA J WINNECOUR PA ID #30399**** | Trustee Claim Number:32  INT %: 0.00% | CRED DESC: FEES ON DIRECT PAYMENTS |
| ATTN DIRECT FEES CLERK | Court Claim Number: | ACCOUNT NO.: $/OE |
| US STEEL TWR STE 3250 | | |
| 600 GRANT ST | CLAIM: 104.62 | |
| PITTSBURGH, PA  15219 | COMMENT: SEE DKT FOR DETAILS | |

CLAIM RECORDS  Case 18-23183-CMB    Doc 84    Filed 07/24/19    Entered 07/24/19 13:49:31    Desc
Page 6 of 6