IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 18-23183 CMB |
| Rachael Anne Baxter ) | |
| f/k/a Rachel Anne McCune ) | |
| Debtor(s) ) | |
| ) | Chapter 13 |
| Rachael Anne Baxter ) | |
| f/k/a Rachel Anne McCune ) | |
| Applicant(s) ) | Docket No. 86 |
| ) | |
| vs. ) | |
| No Respondents ) | **ENTERED BY DEFAULT** |
| Respondent(s) ) | |

### ORDER EMPLOYING SPECIAL COUNSEL

AND NOW, this __19th__ day of __September__ 2019, upon consideration of the within Application to Employ Special Counsel by the Debtor, it is ORDERED, ADJUDGED, and DECREED as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. **Attorney Joseph F Nicotero, 3948 Monroeville Blvd., Suite 2, Monroeville, PA 15146** is hereby appointed as **Special Counsel** for the Debtor in this bankruptcy proceeding and will be compensated on an hourly basis, i.e. out-of-Court attorney rate of $225.00 per hour , and in-Court appearance rate of $300.00 per hour. **No estate property may be used to compensate Attorney Joseph F Nicotero without further Order of Court.**

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate recovery of money, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of counsel in which certain hourly rates/compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

5. **Applicant shall serve the within Order on all interested parties and file a certificate of service.**

_Carlota M. Böhm_    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
9/19/19 5:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Rachael Anne Baxter
      Debtor

Case No. 18-23183-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala                   Page 1 of 1                   Date Rcvd: Sep 20, 2019
                            Form ID: pdf900            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2019.
db          +Rachael Anne Baxter,    P.O. Box 83,    LaBelle, PA 15450-0083
sp          +Joseph F. Nicotero,    3948 Monroeville Blvd. Suite 2,    Monroeville, PA 15146-2437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2019 at the address(es) listed below:
        David A. Rice    on behalf of Debtor Rachael Anne Baxter ricelaw1@verizon.net, lowdenscott@gmail.com
        James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATIONPNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
        Joseph F. Nicotero    on behalf of Defendant Rachael Anne Baxter niclowlgl@comcast.net
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Scott R. Lowden    on behalf of Debtor Rachael Anne Baxter niclowlgl@comcast.net
        Thomas E. Reilly    on behalf of Plaintiff Mark  McCune ecf@tomreillylaw.com
                                                                                                                       TOTAL: 7