IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Rachel Anne Baxter, | : | Bankruptcy No. 18-23183-CMB |
| | Debtor(s) | : | |
| | Rachel Anne Baxter, | : | Chapter 13 |
| | Movant(s) | : | |
| | v. | : | |
| | No Respondents | : | |
| | Respondent(s) | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   [The Debtor is not required to pay any Domestic Support Obligations]

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On 06/25/2019, at docket number 70, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* [Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.]

Dated:  October 11, 2019          By:   /s/ David A Rice
                                        Signature
                                        David A Rice
                                        Name of Filer – Typed
                                        PA ID 50329
                                        Rice & Associates Law Firm
                                        15 West Beau Street
                                        Washington, PA 15301
                                        (724) 225-7270
                                        ricelaw1@verizon.net