IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  RACHAEL ANNE  BAXTER<br>Debtor. | BANKRUPTCY NO. 18-23183-CMB |
| | CHAPTER 13 |
| MARK MCCUNE,<br>Movant, | Response Deadline:  November 12, 2019 |
| vs. | Hearing Date:  December 4, 2019 at 10:00 a.m. |
| RACHAEL ANNE BAXTER<br>Respondent. | |

**NOTICE OF HEARING AND RESPONSE DEADLINE**
**REGARDING MOTION OF MARK MCCUNE TO REQUEST THE COURT ENTER AN**
**ORDER RETAINING JURISDICTION FOLLOWING DEBTOR'S POTENTIAL RECEIPT**
**OF A DISCHARGE**

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than November 12, 2019 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on December 4, 2019, at 10:00 a.m. before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service:  October 25, 2019                THOMAS E. REILLY, P.C.

By:        /s/ Thomas E. Reilly
Thomas E. Reilly, Esquire
Pa. I.D. #25832
1468 Laurel Drive
Sewickley, PA 15143
(724) 933-3500
(724) 933-3505 (fax)