IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RACHAEL ANNE BAXTER<br>Debtor. | BANKRUPTCY NO. 18-23183-CMB<br><br>CHAPTER 13 |
| MARK MCCUNE,<br><br>Movant,<br><br>vs.<br><br>RACHAEL ANNE BAXTER,<br><br>Respondent. | Response Deadline: November 12, 2019<br><br>Hearing Date: December 4, 2019 at 10:00 a.m. |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the Notice of Hearing and Response Deadline and Motion to Request the Court to Enter an Order Retaining Jurisdiction Following Debtor's Potential Receipt of a Discharge on the parties at the addresses specified below or on the attached list on the 25th date of October, 2019.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **Email or First-Class Mail as listed below**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

VIA FIRST CLASS MAIL

Rachael Anne Baxter
P.O. Box 83
LaBelle, PA 15450

VIA EMAIL: niclowlgl@comcast.net

Scott R. Lowden, Esquire
Nicotero & Lowden PC
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146

VIA EMAIL: josephnicotero@gmail.com

Joseph Nicotero, Esquire
Nicotero & Lowden PC
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146

VIA EMAIL: ricelaw1@verizon.net

David A. Rice, Esquire
Rice & Associates Law Firm
15 West Beau Street
Washington, PA 15301

VIA EMAIL: cmecf@chapter13trusteewdpa.com

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

                THOMAS E. REILLY, P.C.

EXECUTED ON:  October 25, 2019  By:   /s/ Thomas E. Reilly
                  Thomas E. Reilly, Esquire
                  1468 Laurel Drive
                  Sewickley, PA 15143
                  724-933-3500
                  Pa. I.D. No. 25832