IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RACHAEL ANNE BAXTER<br>Debtor. | BANKRUPTCY NO. 18-23183-CMB<br><br>CHAPTER 13 |
| MARK MCCUNE,<br><br>Movant,<br><br>vs.<br><br>RACHAEL ANNE BAXTER,<br><br>Respondent. | Response Deadline: November 12, 2019<br><br>Hearing Date: December 4, 2019 at 10:00 a.m. |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleadings to the Motion to Request the Court to Enter an Order Retaining Jurisdiction filed on October 25, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereof. Pursuant to the Notice of Date Certain for Response and Hearing on Motion, response to the Motion was to be filed and served no later than November 12, 2019.

It is hereby respectfully requested that the proposed Order of Court on the Motion be entered by the Court.

THOMAS E. REILLY, P.C.

| | |
|---|---|
| 11/13/2019<br>Date | BY: /s/ Thomas E. Reilly<br>Thomas E. Reilly, Esquire<br>Pa. I.D. #25832<br>Waterfront Corporate Park<br>1468 L:aurel Drive<br>Sewickley, PA 15143<br>tereilly@tomreillylaw.com<br>(724) 933-3500 |