IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  RACHAEL ANNE  BAXTER<br>Debtor. | BANKRUPTCY NO. 18-23183-CMB<br><br>CHAPTER 13<br> Related to Doc. No. 93<br>Response Deadline:  November 12, 2019<br><br>Hearing Date:  December 4, 2019 at 10:00 a.m. |
| MARK MCCUNE,<br><br>Movant,<br><br>vs.<br><br>RACHAEL ANNE BAXTER,<br><br>Respondent. | **ENTERED BY DEFAULT** |

### ORDER OF COURT

AND NOW, to-wit, this __13th__ day of __November__, 20__19__, upon the Motion of Movant, Mark McCune, it appearing that Mark McCune has commenced an adversary proceeding in this Court at Docket No. 19-02157-CMB and further that to the extent that a discharge is granted pursuant to 11 U.S.C. §1328 said discharge shall not affect the debts that are the subject of the adversary proceeding, the discharge of which shall be determined by the ultimate result of the adversary proceeding at Docket No. 19-02157-CMB.

BY THE COURT:

FILED
11/13/19 12:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Carlota M. Böhm         J.   dmr
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 18-23183-CMB
Rachael Anne Baxter                                                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1                   Date Rcvd: Nov 13, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
db              +Rachael Anne Baxter,    P.O. Box 83,    LaBelle, PA 15450-0083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
              David A. Rice    on behalf of Debtor Rachael Anne Baxter ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James    Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATIONPNC BANK NATIONAL
               ASSOCIATION bkgroup@kmllawgroup.com
              Joseph F. Nicotero    on behalf of Defendant Rachael Anne Baxter niclowlgl@comcast.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Rachael Anne Baxter niclowlgl@comcast.net
              Thomas E. Reilly    on behalf of Plaintiff Mark  McCune ecf@tomreillylaw.com
              Thomas E. Reilly    on behalf of Counter-Defendant Mark  McCune ecf@tomreillylaw.com
              Thomas E. Reilly    on behalf of Creditor Mark  McCune ecf@tomreillylaw.com
                                                                                             TOTAL: 9