**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Rachael Anne Baxter**
**fka Rachel Anne McCune**
  Debtor(s)

Bankruptcy Case No.: 18−23183−CMB
Related to Doc. No. 100
Chapter: 13
Docket No.: 101 − 100

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 27th of November, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/13/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/19/20 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/13/20.**

          Carlota M. Bohm
          United States Bankruptcy Judge

cm: **All Parties**

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                      Case No. 18-23183-CMB
Rachael Anne Baxter                                         Chapter 13
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0315-2          User: dric           Page 1 of 2           Date Rcvd: Nov 27, 2019
                              Form ID: 408         Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2019.
```
db             +Rachael Anne Baxter,    P.O. Box 83,   LaBelle, PA 15450-0083
sp             +Joseph F. Nicotero,    3948 Monroeville Blvd. Suite 2,    Monroeville, PA 15146-2437
cr             +Mark McCune,    998 Pennsylvania Avenue,    California, PA 15419-1452
r               Walter D. MacFann,    Northwood Realty,    236b California Avenue,    Brownsville, PA  15417
14894921       +Beth Baxter,    418 5th Street,    California, PA 15419-1149
14894923       +Cavalry Portfolio Services/ Capital One,    Attn: Bankruptcy Department,
                 500 Summit Lake Ste 400,    Valhalla, NY 10595-2321
14894924       +Cavalry Portfolio Services/ Synchrony Ba,    Attn: Bankruptcy Department,
                 500 Summit Lake Ste 400,    Valhalla, NY 10595-2321
14894925       +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14894926       +Discover Bank,    c/o Weltman Weinberg & Reis,    436 7th Ave., Suite 2500,
                 Pittsburgh, PA 15219-1842
14894928       +Fayette Co Tax Claim Bureau,    61 East Main Street,    Uniontown, PA 15401-3514
14894931       +Med Express,    P.O. Box 636536,    Cincinnati, OH 45263-6536
14894932       +Monongahela Valley Hospital,    1163 Country Club Road,    Monongahela, PA 15063-1095
14894933       +PA Dept of Revenue,    11 Parkway Ctr, #175,    Pittsburgh, PA 15220-3623
15016438       +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
14894934       +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14894937       +Prakorb Medical Associates,    129 Simpson Road, # 108,    Brownsville, PA 15417-9689
14894938       +Sparton Health,    100 Stoops Drive,    Monongahela, PA 15063-3553
14894939       +Target,    Po Box 673,    Minneapolis, MN 55440-0673
14894941       +Zebley Mehalov & White,    18 Mill Street Square,    Uniontown, PA 15401-3214
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14900407        E-mail/Text: ally@ebn.phinsolutions.com Nov 28 2019 03:37:31     Ally Bank,   PO Box 130424,
                 Roseville MN 55113-0004
14894920       +E-mail/Text: ally@ebn.phinsolutions.com Nov 28 2019 03:37:31     Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
14894922       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 28 2019 03:49:56      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14897137       +E-mail/Text: bankruptcy@cavps.com Nov 28 2019 03:40:35     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14898671        E-mail/Text: mrdiscen@discover.com Nov 28 2019 03:38:27     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14894927       +E-mail/Text: mrdiscen@discover.com Nov 28 2019 03:38:27     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
14894929        E-mail/Text: cio.bncmail@irs.gov Nov 28 2019 03:38:48     Internal Revenue Service,
                 1000 Liberty Avenue,    Pittsburgh, PA 15222
14894930       +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 03:48:06      Lowes,   P.O. Box 530914,
                 Atlanta, GA 30353-0914
14926210        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2019 03:47:01
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14896014       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2019 03:48:22
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14898774        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 28 2019 03:39:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14894935       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2019 03:47:00
                 Portfolio Recovery / CIT Online Bank,    Po Box 41021,    Norfolk, VA 23541-1021
14894936       +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 03:48:07
                 Portfolio Recovery / Synchrony Bank,    Po Box 41021,    Norfolk, VA 23541-1021
14933580       +E-mail/Text: bncmail@w-legal.com Nov 28 2019 03:40:18     SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14933582       +E-mail/Text: bncmail@w-legal.com Nov 28 2019 03:40:18     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14894940       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 28 2019 03:40:11     West Penn Power,
                 P.O. Box 3687,    Akron, OH 44309-3687
14921250       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 28 2019 03:40:11     West Penn Power,
                 5001 NASA Blvd,    Fairmont, WV 26554-8248
                                                                                              TOTAL: 17
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL  ASSOCIATIONPNC BANK NATIONAL  A
cr*            +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: dric                  Page 2 of 2              Date Rcvd: Nov 27, 2019
                              Form ID: 408                Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2019 at the address(es) listed below:
              David A. Rice    on behalf of Debtor Rachael Anne Baxter ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATIONPNC BANK NATIONAL
               ASSOCIATION bkgroup@kmllawgroup.com
              Joseph F. Nicotero    on behalf of Defendant Rachael Anne Baxter niclowlgl@comcast.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Rachael Anne Baxter niclowlgl@comcast.net
              Thomas E. Reilly    on behalf of Plaintiff Mark  McCune ecf@tomreillylaw.com
              Thomas E. Reilly    on behalf of Counter-Defendant Mark  McCune ecf@tomreillylaw.com
              Thomas E. Reilly    on behalf of Creditor Mark  McCune ecf@tomreillylaw.com
                                                                                             TOTAL: 9
```