IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | | |
|---|---|---|
| Rachael Anne Baxter, | : | Bankruptcy No. 18-23183-CMB |
| | : | |
| Debtor, | : | |
| Rachael Anne Baxter, | : | Chapter 13 |
| | : | |
| Movant, | : | |
| | : | Related to Document No. |
| v. | : | |
| No Respondent, | : | |
| | : | |
| Respondent. | : | |

**CERTFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Text Order at docket # 105 and the Amendment to Schedule A on each party listed below by first class U.S. mail on December 4, 2019.

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA  15222

              Attorney for Movants:
              Rice & Associates Law Firm
              /s/ David A Rice, Esq.
              15 West Beau Street
              Washington, PA  15301
              724-225-7270
              ricelaw1@verizon.net
              PA ID# 50329