IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Rachael Anne Baxter, | : | Bankruptcy No. 18-23183-CMB |
| Debtor, | : | |
| Rachael Anne Baxter, | : | Chapter 13 |
| Movant, | : | |
| | : | Related to Document No. |
| v. | : | |
| No Respondent, | : | |
| Respondent. | : | |

**CERTFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Text Order at docket # 108 and the Amendment to Schedule B on each party listed below by first class U.S. mail on December 12, 2019.

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA  15222

Attorney for Movant:
Rice & Associates Law Firm
/s/ David A Rice, Esq.
15 West Beau Street
Washington, PA  15301
724-225-7270
ricelaw1@verizon.net
PA ID# 50329