# PROCEEDING MEMO

**Date: 02/19/2020 10:00 am**

In re:   Rachael Anne Baxter

                                                                                     Bankruptcy No. 18-23183-CMB
                                                                                     Chapter: 13
                                                                                     Doc. # 100

**Appearances:** Winnecour / Pail / Katz / DeSimone, Scott R. Lowden, David A. Rice

**Nature of Proceeding:** #100 Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements

**Additional Pleadings:**

**Judge's Notes:**                                             Cont to April 15 at 11:00

FILED
2/19/20 3:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

                                                                   **Carlota M. Böhm**
                                                                   **Chief U.S. Bankruptcy Judge**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 18-23183-CMB
Rachael Anne Baxter                                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric                  Page 1 of 1              Date Rcvd: Feb 19, 2020
                            Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
db              +Rachael Anne Baxter,   P.O. Box 83,   LaBelle, PA 15450-0083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
              David A. Rice    on behalf of Debtor Rachael Anne Baxter ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATIONPNC BANK NATIONAL
               ASSOCIATION bkgroup@kmllawgroup.com
              Joseph F. Nicotero    on behalf of Defendant Rachael Anne Baxter niclowlgl@comcast.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Rachael Anne Baxter niclowlgl@comcast.net
              Thomas E. Reilly    on behalf of Plaintiff Mark  McCune ecf@tomreillylaw.com
              Thomas E. Reilly    on behalf of Counter-Defendant Mark  McCune ecf@tomreillylaw.com
              Thomas E. Reilly    on behalf of Creditor Mark  McCune ecf@tomreillylaw.com
                                                                                               TOTAL: 9