| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Rachael Anne Baxter** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–8070** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **18–23183–CMB** | | |

# Order of Discharge                                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Rachael Anne Baxter
fka Rachel Anne McCune

2/28/20                                                        **By the court:**        Carlota M. Bohm
                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 18-23183-CMB
Rachael Anne Baxter                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala                  Page 1 of 2            Date Rcvd: Feb 28, 2020
                              Form ID: 3180W              Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
```
db          +Rachael Anne Baxter,    P.O. Box 83,    LaBelle, PA 15450-0083
sp          +Joseph F. Nicotero,    3948 Monroeville Blvd. Suite 2,    Monroeville, PA 15146-2437
cr          +Mark McCune,    998 Pennsylvania Avenue,    California, PA 15419-1452
r            Walter D. MacFann,    Northwood Realty,    236b California Avenue,    Brownsville, PA  15417
14894921    +Beth Baxter,    418 5th Street,    California, PA 15419-1149
14894923    +Cavalry Portfolio Services/ Capital One,    Attn: Bankruptcy Department,
              500 Summit Lake Ste 400,    Valhalla, NY 10595-2321
14894924    +Cavalry Portfolio Services/ Synchrony Ba,    Attn: Bankruptcy Department,
              500 Summit Lake Ste 400,    Valhalla, NY 10595-2321
14894926    +Discover Bank,    c/o Weltman Weinberg & Reis,    436 7th Ave., Suite 2500,
              Pittsburgh, PA 15219-1842
14894928    +Fayette Co Tax Claim Bureau,    61 East Main Street,    Uniontown, PA 15401-3514
14894931    +Med Express,    P.O. Box 636536,    Cincinnati, OH 45263-6536
14894932    +Monongahela Valley Hospital,    1163 Country Club Road,    Monongahela, PA 15063-1095
14894933    +PA Dept of Revenue,    11 Parkway Ctr, #175,    Pittsburgh, PA 15220-3623
15016438    +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
14894934    +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14894937    +Prakorb Medical Associates,    129 Simpson Road, # 108,    Brownsville, PA 15417-9689
14894938    +Sparton Health,    100 Stoops Drive,    Monongahela, PA 15063-3553
14894941    +Zebley Mehalov & White,    18 Mill Street Square,    Uniontown, PA 15401-3214
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 29 2020 03:09:57      Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA 17128-0946
14900407     EDI: GMACFS.COM Feb 29 2020 07:23:00      Ally Bank,    PO Box 130424,    Roseville MN 55113-0004
14894920    +EDI: GMACFS.COM Feb 29 2020 07:23:00      Ally Financial,    Attn: Bankruptcy Dept,
              Po Box 380901,    Bloomington, MN 55438-0901
14894922    +EDI: CAPITALONE.COM Feb 29 2020 07:23:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
              Salt Lake City, UT 84130-0285
14897137    +E-mail/Text: bankruptcy@cavps.com Feb 29 2020 03:10:59      Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14894925    +EDI: CHASE.COM Feb 29 2020 07:23:00      Chase Card Services,    Correspondence Dept,
              Po Box 15298,    Wilmington, DE 19850-5298
14898671     EDI: DISCOVER.COM Feb 29 2020 07:23:00      Discover Bank,    Discover Products Inc,
              PO Box 3025,    New Albany, OH 43054-3025
14894927    +EDI: DISCOVER.COM Feb 29 2020 07:23:00      Discover Financial,    Po Box 3025,
              New Albany, OH 43054-3025
14894929     EDI: IRS.COM Feb 29 2020 07:23:00      Internal Revenue Service,    1000 Liberty Avenue,
              Pittsburgh, PA 15222
14894930    +EDI: RMSC.COM Feb 29 2020 07:23:00      Lowes,    P.O. Box 530914,    Atlanta, GA 30353-0914
14926210     EDI: PRA.COM Feb 29 2020 07:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
              Norfolk VA 23541
14896014    +EDI: PRA.COM Feb 29 2020 07:23:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
14898774     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 29 2020 03:09:57
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA 17128-0946
14894935    +EDI: PRA.COM Feb 29 2020 07:23:00      Portfolio Recovery / CIT Online Bank,    Po Box 41021,
              Norfolk, VA 23541-1021
14894936    +EDI: RMSC.COM Feb 29 2020 07:23:00      Portfolio Recovery / Synchrony Bank,    Po Box 41021,
              Norfolk, VA 23541-1021
14933580    +E-mail/Text: bncmail@w-legal.com Feb 29 2020 03:10:45      SYNCHRONY BANK,
              c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14933582    +E-mail/Text: bncmail@w-legal.com Feb 29 2020 03:10:45      TD Bank USA, N.A.,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14894939    +EDI: WTRRNBANK.COM Feb 29 2020 07:23:00      Target,    Po Box 673,    Minneapolis, MN 55440-0673
14894940    +E-mail/Text: bankruptcy@firstenergycorp.com Feb 29 2020 03:10:30      West Penn Power,
              P.O. Box 3687,    Akron, OH 44309-3687
14921250    +E-mail/Text: bankruptcy@firstenergycorp.com Feb 29 2020 03:10:30      West Penn Power,
              5001 NASA Blvd,    Fairmont, WV 26554-8248
                                                                                              TOTAL: 20
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr           PNC BANK NATIONAL  ASSOCIATIONPNC BANK NATIONAL  A
cr*         +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
cr*         +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2         User: aala               Page 2 of 2            Date Rcvd: Feb 28, 2020
                             Form ID: 3180W          Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2020 at the address(es) listed below:
              David A. Rice    on behalf of Debtor Rachael Anne Baxter ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATIONPNC BANK NATIONAL
               ASSOCIATION bkgroup@kmllawgroup.com
              Joseph F. Nicotero    on behalf of Defendant Rachael Anne Baxter niclowlgl@comcast.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Rachael Anne Baxter niclowlgl@comcast.net
              Thomas E. Reilly    on behalf of Plaintiff Mark  McCune ecf@tomreillylaw.com
              Thomas E. Reilly    on behalf of Counter-Defendant Mark  McCune ecf@tomreillylaw.com
              Thomas E. Reilly    on behalf of Creditor Mark  McCune ecf@tomreillylaw.com
                                                                                               TOTAL: 9
```