# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

RACHAEL ANNE BAXTER

      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:18-23183

Chapter 13

Document No.:    100

## ORDER OF COURT

AND NOW, this ____28th_____ day of ____February____, 20 _20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
2/28/20 11:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 18-23183-CMB
Rachael Anne Baxter                                                             Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala                Page 1 of 2            Date Rcvd: Feb 28, 2020
                             Form ID: pdf900           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
db         +Rachael Anne Baxter,   P.O. Box 83,   LaBelle, PA 15450-0083
sp         +Joseph F. Nicotero,   3948 Monroeville Blvd. Suite 2,   Monroeville, PA 15146-2437
cr         +Mark McCune,   998 Pennsylvania Avenue,   California, PA 15419-1452
r           Walter D. MacFann,   Northwood Realty,   236b California Avenue,   Brownsville, PA  15417
14894921   +Beth Baxter,   418 5th Street,   California, PA 15419-1149
14894923   +Cavalry Portfolio Services/ Capital One,   Attn: Bankruptcy Department,
            500 Summit Lake Ste 400,   Valhalla, NY 10595-2321
14894924   +Cavalry Portfolio Services/ Synchrony Ba,   Attn: Bankruptcy Department,
            500 Summit Lake Ste 400,   Valhalla, NY 10595-2321
14894925   +Chase Card Services,   Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
14894926   +Discover Bank,   c/o Weltman Weinberg & Reis,   436 7th Ave., Suite 2500,
            Pittsburgh, PA 15219-1842
14894928   +Fayette Co Tax Claim Bureau,   61 East Main Street,   Uniontown, PA 15401-3514
14894931   +Med Express,   P.O. Box 636536,   Cincinnati, OH 45263-6536
14894932   +Monongahela Valley Hospital,   1163 Country Club Road,   Monongahela, PA 15063-1095
14894933   +PA Dept of Revenue,   11 Parkway Ctr, #175,   Pittsburgh, PA 15220-3623
15016438   +PNC Bank, N.A.,   PO Box 94982,   Cleveland, OH 44101-4982
14894934   +Pnc Mortgage,   Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
14894937   +Prakorb Medical Associates,   129 Simpson Road, # 108,   Brownsville, PA 15417-9689
14894938   +Sparton Health,   100 Stoops Drive,   Monongahela, PA 15063-3553
14894939   +Target,   Po Box 673,   Minneapolis, MN 55440-0673
14894941   +Zebley Mehalov & White,   18 Mill Street Square,   Uniontown, PA 15401-3214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14900407    E-mail/Text: ally@ebn.phinsolutions.com Feb 29 2020 03:08:33      Ally Bank,   PO Box 130424,
            Roseville MN 55113-0004
14894920   +E-mail/Text: ally@ebn.phinsolutions.com Feb 29 2020 03:08:33      Ally Financial,
            Attn: Bankruptcy Dept.,   Po Box 380901,   Bloomington, MN 55438-0901
14894922   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 29 2020 03:17:10      Capital One,
            Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14897137   +E-mail/Text: bankruptcy@cavps.com Feb 29 2020 03:11:02      Cavalry SPV I, LLC,
            500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14898671    E-mail/Text: mrdiscen@discover.com Feb 29 2020 03:09:05      Discover Bank,
            Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14894927   +E-mail/Text: mrdiscen@discover.com Feb 29 2020 03:09:05      Discover Financial,   Po Box 3025,
            New Albany, OH 43054-3025
14894929    E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 29 2020 03:09:18      Internal Revenue Service,
            1000 Liberty Avenue,   Pittsburgh, PA 15222
14894930   +E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2020 03:17:52      Lowes,   P.O. Box 530914,
            Atlanta, GA 30353-0914
14926210    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 29 2020 03:17:20
            Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14896014   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 29 2020 03:17:18
            PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14898774    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 29 2020 03:10:02
            Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
            Harrisburg, PA  17128-0946
14894935   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 29 2020 03:16:28
            Portfolio Recovery / CIT Online Bank,   Po Box 41021,   Norfolk, VA 23541-1021
14894936   +E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2020 03:16:12
            Portfolio Recovery / Synchrony Bank,   Po Box 41021,   Norfolk, VA 23541-1021
14933580   +E-mail/Text: bncmail@w-legal.com Feb 29 2020 03:10:45      SYNCHRONY BANK,
            c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
14933582   +E-mail/Text: bncmail@w-legal.com Feb 29 2020 03:10:45      TD Bank USA, N.A.,
            C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14894940   +E-mail/Text: bankruptcy@firstenergycorp.com Feb 29 2020 03:10:32      West Penn Power,
            P.O. Box 3687,   Akron, OH 44309-3687
14921250   +E-mail/Text: bankruptcy@firstenergycorp.com Feb 29 2020 03:10:32      West Penn Power,
            5001 NASA Blvd,   Fairmont, WV 26554-8248
                                                                                         TOTAL: 17


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          PNC BANK NATIONAL  ASSOCIATIONPNC BANK NATIONAL  A
cr*        +PNC Bank, N.A.,   PO Box 94982,   Cleveland, OH 44101-4982
cr*        +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                            TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: aala            Page 2 of 2              Date Rcvd: Feb 28, 2020
                              Form ID: pdf900       Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2020 at the address(es) listed below:
          David A. Rice    on behalf of Debtor Rachael Anne Baxter ricelaw1@verizon.net,
           lowdenscott@gmail.com
          James  Warmbrodt   on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATIONPNC BANK NATIONAL
           ASSOCIATION bkgroup@kmllawgroup.com
          Joseph F. Nicotero    on behalf of Defendant Rachael Anne Baxter niclowlgl@comcast.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott R. Lowden    on behalf of Debtor Rachael Anne Baxter niclowlgl@comcast.net
          Thomas E. Reilly    on behalf of Plaintiff Mark  McCune ecf@tomreillylaw.com
          Thomas E. Reilly    on behalf of Counter-Defendant Mark  McCune ecf@tomreillylaw.com
          Thomas E. Reilly    on behalf of Creditor Mark  McCune ecf@tomreillylaw.com
                                                                             TOTAL: 9
```